UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____
Antonio R Espinosa, Esq
ANDRIL & ESPINOSA LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com

Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ZULMA RAMIREZ,
(Debtor).

Case No.:     18-28036

Chapter:     13

Judge:     RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/4/2018_____ :

Property:    6 1/2 Lowden Street, Elizabeth, NJ 07208

Creditor:    Wells Fargo Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____3/16/2019_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___03/16/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2