UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Antonio R Espinosa, Esq
ANDRIL & ESPINOSA LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com

**Order Filed on December 18, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

ZULMA RAMIREZ,
(Debtor).

Case No.: _____18-28036_____

Chapter: _____13_____

Judge: _____RG_____

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 10/4/2018 _____ :

Property: ___6 1/2 Lowden Street, Elizabeth, NJ 07208_____

Creditor: ___Wells Fargo Bank_____

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____ 3/16/2019 _____, and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___03/16/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28036-RG
Zulma Ramirez                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Dec 19, 2018
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db              +Zulma Ramirez,   6 1/2 Lowden Street,   Elizabeth, NJ 07208-3687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
            Antonio R. Espinosa    on behalf of Debtor Zulma  Ramirez Andespbk@gmail.com
            Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al.
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al.
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5