| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Anotnio R Espinosa, Esq.<br>ANDRIL & ESPINOSA, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com | Order Filed on March 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ZULMA RAMIREZ,<br>         (Debtor). | Case No.:   18-28036<br><br>Chapter:    13<br><br>Judge:      RG |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/4/2018_____ :

Property: _____6 1/2 Lowden Street, Elizabeth, NJ 07208_____

Creditor: _____Wells Fargo Bank_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ~~6/16/2019~~,
and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____06/16/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*