**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant: Specialized Loan Servicing
LLC, as servicer for Wells Fargo Bank, N.A., as Trustee
for the MASTR Asset Backed Securities Trust 2007-
NCW Mortgage Pass-Through Certificates Series 2007-
NCW

**Order Filed on November 7, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Zulma Ramirez aka Zulma N Ramirez aka
Zulma Nelly Ramirez
Debtor

Case No.: 18-28036 RG

Judge: Rosemary Gambardella

Chapter: 13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on October 4, 2018:

Property:        6 1/2 Lowden Street  Elizabeth, NJ 07208
Creditor:        Specialized Loan Servicing LLC, as servicer for  Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW

and a Request for

❑  Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

■   Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for  Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW,  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28036-RG
Zulma Ramirez                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 07, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db              +Zulma Ramirez,   6 1/2 Lowden Street,   Elizabeth, NJ 07208-3687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
          Antonio R. Espinosa    on behalf of Debtor Zulma  Ramirez Andespbk@gmail.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al.
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 5