Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−28036−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Zulma Ramirez
    aka Zulma N Ramirez, aka Zulma Nelly
    Ramirez
    6 1/2 Lowden Street
    Elizabeth, NJ 07208

Social Security No.:
    xxx−xx−5482

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/6/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 9, 2019
JAN: rah

                                        Jeanne Naughton
                                        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 18-28036-RG
Zulma Ramirez                                                           Chapter 13
      Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Dec 09, 2019
                               Form ID: 148                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db             +Zulma Ramirez,    6 1/2 Lowden Street,    Elizabeth, NJ 07208-3687
517747184      +American Honda Financial Services,    201 Little Falls Drive,    Wilmington, DE 19808-1674
517747186      +Bail Monster LLC,    1205 East Grand Street,    Elizabeth, NJ 07201-2308
517747188      +Cap1/l&t,    P.O. Box 30253,   Salt Lake City, UT 84130-0253
517747198      +Luis Rios,    640 Marshall Street,   Elizabethport, NJ 07206-1215
517747200      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,   Mount Laurel, NJ 08054-4318
517877315      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517764148       EDI: HNDA.COM Dec 10 2019 04:23:00      American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. Box 168088,    Irving, TX 75016-8088
517747185      +EDI: IIC9.COM Dec 10 2019 04:23:00      AT&T Directv,    c/o I C System Inc,   P.O. Box 64378,
                 Saint Paul, MN 55164-0378
517747187       EDI: BANKAMER.COM Dec 10 2019 04:23:00      Bk Of Amer,    P.O. Box 982238,   El Paso, TX 79998
517747189       EDI: CAPITALONE.COM Dec 10 2019 04:23:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517824180       EDI: CAPITALONE.COM Dec 10 2019 04:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517747190      +EDI: CHASE.COM Dec 10 2019 04:23:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517747192      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenity Bank/ashstwrt,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517747193      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenity Bank/express,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517747194      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenity Bank/limited,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517747195      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenitybank/catherine,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517747196      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenitybank/ny&co,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517747197      +EDI: WFNNB.COM Dec 10 2019 04:23:00      Comenitybank/victoria,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517871159       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 09 2019 23:56:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of Household Receivables,
                 Acquisition Company,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517865755       EDI: PRA.COM Dec 10 2019 04:23:00      Portfolio Recovery Associates, LLC,
                 c/o Lord&taylorconvertedaccts,    POB 41067,   Norfolk VA 23541
517747199      +E-mail/Text: ebn@vativrecovery.com Dec 10 2019 00:00:43      Palisades Collection,
                 210 Sylvan Avenue,    Suite 1,   Englewood Cliffs, NJ 07632-2510
517863727       EDI: Q3G.COM Dec 10 2019 04:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517780872      +EDI: AIS.COM Dec 10 2019 04:23:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517747201      +EDI: CITICORP.COM Dec 10 2019 04:23:00       Thd/cbna,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
517747202      +EDI: WFFC.COM Dec 10 2019 04:23:00      Wells Fargo Home Mortgage,    420 Montegomery Street,
                 San Francisco, CA 94104-1207
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517747191*     +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin               Page 2 of 2           Date Rcvd: Dec 09, 2019
                              Form ID: 148              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
          Antonio R. Espinosa    on behalf of Debtor  Zulma  Ramirez Andespbk@gmail.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, et al.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, et al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```